## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 4:93CR287 |
| Plaintiff, | ) ) ) | |
| | ) | Judge John R. Adams |
| - vs - | ) ) | **O R D E R** |
| Richard W. Foster | ) ) | |
| Defendant. | ) | |

This matter was heard on August 17, 2010 upon the request of the probation office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by counsel. Upon consideration of statements of counsel, the Court finds that the terms of defendant's supervised release have been violated as follows:

1)     Law Violation - On 3/3/2007 Defendant was arrested by the Baldwin Borough Police Department for false identification.

2)     Law Violation - On 3/27/07 Defendant was arrested by the Rocky Mountain Sheriff Department for grand larceny.

3)     Failure to Report to the Probation Office as Directed - Defendant failed to report on 3/12/2007.

4)     Failure to Submit Monthly Supervision Reports - Defendant did not submit reports for 2/2007 and 3/2007.

Further, the court adopts the report and recommendation of Magistrate Judge Limbert as it's own and therefore, sentences defendant to the Bureau of Prisons for a term of 90 days with the Court requesting a special condition of 6 months participation in a halfway house. Upon release from imprisonment, Supervised Release will commence for 2 years. All previously imposed conditions will remain in effect including regular drug testing at the discretion of the Probation Officer.

The defendant is remanded to the custody of the United States Marshal, Akron, Ohio.

IT IS SO ORDERED.

Date: August 23, 2010               S/John R. Adams
                                    JOHN R. ADAMS
                                    UNITED STATES DISTRICT JUDGE